IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01648-WYD-OES

SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation;
WARNER BROS. ENTERTAINMENT INC., a Delaware corporation;
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership;
TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation;
PARAMOUNT PICTURES CORPORATION, a Delaware corporation;
NEW LINE PRODUCTIONS, INC., a Delaware corporation;
DISNEY ENTERPRISES, INC., a Delaware corporation;
SONY PICTURES CLASSICS INC., a Delaware corporation; and
COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation,

      Plaintiffs,

v.

DOES 1 - 13,
whose true names are unknown,

      Defendants.

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

      The Court has read all papers filed in connection with Plaintiffs' Motion for Leave to Take Discovery Prior to Rule 26(f) Conference, and considered the issues raised therein, including relevant privacy issues.

      IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that Plaintiffs may serve immediate discovery on Qwest Communications Corporation ("Qwest"), and/or any other entity that Qwest informs Plaintiffs was the entity providing network access or online services to the Doe Defendants, by serving Rule 45 subpoenas seeking information sufficient to identify each Doe Defendant, including the name, address, telephone number, email address, and Media Access Control address for each Defendant.

IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this Order along with any subpoenas issued pursuant to this Order on any entity subpoenaed pursuant to this Order.

IT IS FURTHER ORDERED that if Qwest or any other entity subpoenaed pursuant to this Order wishes to move to quash the subpoena, it must do so within fifteen (15) days of being served with it.

IT IS FURTHER ORDERED that Qwest or any other entity subpoenaed pursuant to this Order must give notice to their subscribers that this information is being sought, and that the subscriber shall have an opportunity to raise objections before this Court prior to the return date of the subpoena.

IT IS FURTHER ORDERED that any information disclosed to Plaintiffs in response to the Rule 45 subpoenas may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

DONE AND ORDERED this 30th day of August, 2005.

s/ O. EdwardSchlatter

---

O. Edward Schlatter
United States Magistrate Judge