IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01648-WYD-OES

SONY PICTURES HOME ENTERTAINMENT, INC., a Delaware corporation;
WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation;
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership;
TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation;
PARAMOUNT PICTURES CORPORATION, a Delaware corporation;
NEW LINE PRODUCTIONS, INC., a Delaware corporation;
DISNEY ENTERPRISES, INC., a Delaware corporation;
SONY PICTURES CLASSICS INC., a Delaware corporation; and
COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation,

     Plaintiffs,

v.

DOES 1-13, whose true names are unknown,

     Defendants.

---

**ORDER**

---

     THIS MATTER comes before the Court on Plaintiffs' Notice of Voluntary Dismissal, filed November 8, 2005.  Having reviewed the Notice and being fully advised in the matter, it is

     ORDERED that the above-captioned lawsuit is **DISMISSED**.  It is

     FURTHER ORDERED that the claims and causes of action asserted against Doe Defendants 9 and 10 are **DISMISSED WITH PREJUDICE**, each side to bear his or her own attorneys' fees and costs.  It is

FURTHER ORDERED that the claims and causes of action asserted against Doe Defendants 1, 2, 3, 4, 5, 6, 7, 8, 11, 12, and 13 are **DISMISSED WITHOUT PREJUDICE**, each side to bear his or her own attorneys' fees and costs.

Dated:  November 10, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge